CHAMBER'S COPY
DO NOT FILE

1   BINGHAM MCCUTCHEN LLP
    BRIAN C. ROCCA (SBN 221576)
2   Three Embarcadero Center
    San Francisco, CA 94111-4067
3   Telephone: (415) 393-2000
    Facsimile: (415) 393-2286
4
    BINGHAM MCCUTCHEN LLP
5   GARY M. HNATH (*Pro Hac Vice*)
    FEI-FEI CHAO, Ph.D. (*Pro Hac Vice*)
6   1120 20th Street NW, Suite 800
    Washington, DC 20036-3406
7   Telephone: (202) 778-6150
    Facsimile: (202) 778-6155
8
    Attorneys for Plaintiff
9   BenQ America Corp.

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14
    BENQ AMERICA CORP., a California          No. 3:05-cv-02409-PJH
15  corporation,
                                              STIPULATION AND [PROPOSED]
16               Plaintiff,                   ORDER CONTINUING HEARING
                                              DATE ON DEFENDANT'S MOTION
17         v.                                 TO DISMISS

18  FORWARD ELECTRONICS CO., LTD., a
    foreign corporation, and
19  STMICROELECTRONICS ASIA PACIFIC PTE
    LTD., a foreign corporation,
20
                 Defendants.
21

22

23

24

25

26

                                                   No. 3:05-cv-02409-PJH

1      Pursuant to Civil Local Rule 6-2, Plaintiff BenQ America Corp. ("BenQ

2  America") and Defendant STMicroelectronics Asia Pacific Pte Ltd. ("ST Singapore"), through

3  their respective counsel, stipulate and agree as follows:[1]

4      WHEREAS ST Singapore filed a motion to dismiss on July 18, 2005 and set a

5  hearing date for August 24, 2005 at 9:00 a.m.;

6      WHEREAS BenQ America's attorneys will be out of the country on the noticed

7  hearing date on account of preexisting professional and personal commitments;

8      WHEREAS this is the first continuance requested by the parties related to ST

9  Singapore's motion to dismiss;

10      THEREFORE, subject to the Court's approval, the parties hereby stipulate and

11  agree that:

12          1.    the hearing date shall be continued until September 7, 2005;

13          2.    BenQ America's response shall be due on August 17, 2005; and

14          3.    ST Singapore's reply brief, if any, shall be due on August 24, 2005.

15          SO STIPULATED.

16  DATED: August 1, 2005          BINGHAM MCCUTCHEN LLP

17                                    /s/
                                  BRIAN C. ROCCA (SBN 221576)
18                                Three Embarcadero Center
                                  San Francisco, CA 94111-4067
19
                                  GARY M. HNATH (*Pro Hac Vice*)
20                                FEI-FEI CHAO, Ph.D. (*Pro Hac Vice*)

21                                ATTORNEYS FOR PLAINTIFF
                                  BENQ AMERICA CORP.

22

23

24  _____

25  [1]   Brian C. Rocca, counsel for Plaintiff, hereby attests that Defendant's counsel has
consented to the filing of this stipulation.

26

                              1                          No. 3:05-cv-02409-PJH

1    DATED:  August 1, 2005        SIDLEY AUSTIN BROWN & WOOD LLP

2

                                    /s/

3                                EDWARD V. ANDERSON (SBN 83148)
                               555 California Street, Suite 2000

4                                San Francisco, California 94104-1715

5                                RUSSELL L. JOHNSON (SBN 53833)
                               GEORGIA K. VAN ZANTEN (SBN 116869)

6                                TEAGUE I. DONAHEY (SBN 197531)
                               MATTHEW L. McCARTHY (SBN 217871)

7

8                                ATTORNEYS FOR DEFENDANT
                               STMICROELECTRONICS ASIA PACIFIC PTE LTD.

9

10    PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12    Dated: __8/9/05__

13                                The Hon. Phyllis J. Hamilton

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE
ON DEFENDANT'S MOTION TO DISMISS

SF/21628705.1