| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP<br>BRIAN C. ROCCA (SBN 221576) |
| 2 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 3 | Telephone:  (415) 393-2000<br>Facsimile:  (415) 393-2286 |
| 4 | |
| 5 | BINGHAM MCCUTCHEN LLP<br>GARY M. HNATH (*Pro Hac Vice*)<br>FEI-FEI CHAO, Ph.D. (*Pro Hac Vice*) |
| 6 | 1120 20th Street NW, Suite 800<br>Washington, DC  20036-3406 |
| 7 | Telephone:  (202) 778-6150<br>Facsimile:  (202) 778-6155 |
| 8 | |
| 9 | Attorneys for Plaintiff<br>BenQ America Corp. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENQ AMERICA CORP., a California corporation,<br><br>            Plaintiff,<br>    v.<br><br>FORWARD ELECTRONICS CO., LTD., a foreign corporation, and STMICROELECTRONICS ASIA PACIFIC PTE LTD., a foreign corporation,<br><br>            Defendants. | No. 3:05-cv-02409-PJH<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST STMICROELECTRONICS ASIA PACIFIC PTE LTD. PURSUANT TO FRCP 41(a)(1)** |

Case No. 3:05-cv-02409-PJH

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS
AGAINST STMICROELECTRONICS ASIA PACIFIC PTE LTD. PURSUANT TO FRCP 41(a)(1)

SF/21630608.1

| | |
|---|---|
| 1 | TO THE CLERK OF THE ABOVE-ENTITLED COURT AND COUNSEL OF |
| 2 | RECORD FOR ALL PARTIES: |
| 3 | NOTICE IS HEREBY GIVEN that Plaintiff BenQ America Corp. voluntarily |
| 4 | dismisses all claims against Defendant STMicroelectronics Asia Pacific Pte Ltd. ("ST |
| 5 | Singapore") without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).  *See Wilson* |
| 6 | *v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 |
| 7 | (9th Cir. 1995); *Pedrina v. Chun*, 987 F.2d 608, 610-11 (9th Cir. 1993).  Plaintiff's dismissal is |
| 8 | based on the fact that Thomson Licensing S.A. has apparently abandoned its claim of |
| 9 | infringement based on the sale by BenQ America of products incorporating an integrated circuit |
| 10 | chip from ST Singapore. |
| 11 | Accordingly, Plaintiff respectfully requests that the Court vacate the hearing |
| 12 | scheduled for September 7, 2005 on ST Singapore's motion to dismiss. |
| 13 | DATED:  August 15, 2005            BINGHAM McCUTCHEN LLP |
| 14 | _____/s/_____ |
| 15 | BRIAN C. ROCCA (SBN 221576)<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 16 | |
| 17 | GARY M. HNATH (*Pro Hac Vice*)<br>FEI-FEI CHAO, Ph.D. (*Pro Hac Vice*) |
| 18 | ATTORNEYS FOR PLAINTIFF<br>BENQ AMERICA CORP. |
| 19 | |
| 20 | |
| 21 | |
| 22 | GRANTED |
| 23 | Judge Phyllis J. Hamilton |
| 24 | |
| 25 | |
| 26 | |

1

Case No. 3:05-cv-02409-PJH

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS
AGAINST STMICROELECTRONICS ASIA PACIFIC PTE LTD. PURSUANT TO FRCP 41(a)(1)

SF/21630608.1

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I hereby certify that on August 15, 2005, I caused a true and correct copy of |
| 3 | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL |
| 4 | CLAIMS AGAINST STMICROELECTRONICS ASIA PACIFIC PTE LTD. PURSUANT TO |
| 5 | FRCP 41(a)(1) to be electronically filed in accordance with Civ. L.R. 5-5(b) and General Order |
| 6 | No. 45.  Accordingly, all counsel of record who are deemed to have consented to electronic |
| 7 | service were served with true and correct copies of the above documents via the Court's |
| 8 | CM/ECF system.  All other counsel of record were served via electronic and United States mail. |
| 10 | DATED: August 15, 2005 |
| 13 | _____/s/_____<br>Brian C. Rocca, Esq. |

2  Case No. 3:05-cv-02409-PJH

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS
AGAINST STMICROELECTRONICS ASIA PACIFIC PTE LTD. PURSUANT TO FRCP 41(a)(1)

SF/21630608.1